Case: 1:26-mj-000145
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 8/24/2026
Description: COMPLAINT W/ARREST WARRANT

# STATEMENT OF FACTS

On August 21, 2026, at approximately 6:22 p.m., Officers from the Metropolitan Police Department's ("MPD") Third District responded to a call for service at Kalorama Care Pharmacy located at 1841 Columbia Road Northwest, Washington, D.C., in reference to a robbery that had just occurred.

Officers met with the reporting person ("RP-1") who is an employee at the establishment and conducted a preliminary interview regarding the circumstances surrounding the offense. RP-1 stated that while working and attending to a customer at the location, RP-1 observed the suspect enter the store. RP-1 assumed the suspect was another customer but felt uneasy because he was wearing a black ski mask covering his face. Once RP-1 was done assisting the customer and the customer left the store, the suspect approached the counter, at which time RP-1 asked, "Can I help you?" The suspect then lifted his shirt, displayed a handgun on his waistband, and, while touching it, stated, "Do you have oxycodone?" RP-1 responded that they didn't.

The suspect then told RP-1 to open the door to the back of the pharmacy and noted that if RP-1 did not comply, he would have to "pull it out." RP-1 did not move, which then prompted the suspect to jump over the door so he could access the area where the pharmaceuticals were stored.

While in the pharmacy section of the establishment, the suspect asked RP-1 for the location of certain drugs, such as oxycodone and promethazine. RP-1 then pointed out certain medications, which prompted the suspect to grab multiple bottles from the store's cabinets and shelves. The suspect then placed the items in one of the store's plastic bags and told RP-1 to get on the ground, count to twenty, and not get up. Shortly thereafter, the suspect left the location.

RP-1 further described the suspect as a black male, approximately 5'4", medium complexion, wearing a black ski mask and all black. RP-1 also noted that RP-1 would not be able to identify the suspect if RP-1 saw him again.

A lookout for the suspect was then broadcasted over the Third District radio zone. Simultaneously, members of the MPD's Real Time Crime Center ("RTCC") reviewed an MPD camera located at 1851 Columbia Road Northwest, Washington, D.C., which depicted a black male wearing all dark clothing, light color shoes, and a black face mask, exiting the driver seat of a parked white SUV and then crossing the street at approximately 6:17 p.m. At approximately 6:20 p.m., the same subject was observed running back to the car, carrying a white bag and entering the driver seat of the same white SUV. The vehicle, which was determined to be a white Jeep Compass with a Virginia tag (TLV5305) (the "Jeep"), was then observed traveling northbound in the 1800 block of Columbia Road Northwest, Washington, D.C. The vehicle lookout was then broadcast over the Third District radio.

At approximately 6:36 p.m., MPD Third District members eventually spotted the Jeep in the area of Rhode Island/Florda Avenue Northwest, Washington, D.C. Officers approached the driver's side and passenger's side of the vehicle and gave verbal commands for the driver (and only occupant), later identified as Jamari Brighthaupt (the "defendant") [redacted]), to put

his hands up. The defendant disobeyed these commands and sped the Jeep away southbound on the 1500 block of North Capitol Street NW, Washington, D.C. While actively fleeing, the defendant struck a bystander's car and then lost control of the Jeep, causing it to mount the center concrete median before striking a fixed light post, totaling the vehicle.

The defendant then fled on foot on P ST NE into the Florian D.C. building alley and made entry through the rear of the Florian D.C. building located at 1 Florida Ave NE, Washington, D.C., 20002. The defendant then entered an elevator in the location where he was ultimately detained at approximately 6:40 p.m.

Upon being stopped, law enforcement found a Smith and Wesson Model: M&P 5.7 in the defendant's waistband. The weapon had a 22-round capacity magazine, and it was loaded with 20 rounds in the magazine and one in the chamber.




***Figure 1: law enforcement finding Smith and Wesson firearm (circled in red) in the defendant's waistband***



***Figure 2: firearm found on the defendant's person***

Law enforcement obtained video surveillance from, among other places, the inside of Kalorama Care Pharmacy at the time of the offense. After reviewing the relevant footage, officers observed that the defendant entered the store at approximately 6:17 p.m. and approached the pharmacy counter to speak with RP-1. Officers also observed RP-1 appearing to direct the defendant to come behind the pharmacy counter and further observed the defendant hopping over the counter door and entering the rear of the location.

At 6:18 p.m., the defendant was then observed placing multiple pill bottles inside of a white plastic bag. And at 6:20 p.m., the defendant was observed leaving the location with a white plastic bag filled with items taken from behind the counter. Still photographs from the video surveillance are depicted below.




*Figure 3: the defendant, wearing all black and a black mask, taking medications from the pharmacy*




*Figure 4: the defendant, wearing all black and a black mask, taking medications from the pharmacy while RP-1 sits on the floor*




***Figure 5: the defendant, wearing all black and a black mask, taking medications from the pharmacy while RP-1 sits on the floor***

Law enforcement compared the suspect depicted on the video to the defendant at the time of his arrest and determined that they appeared to be the same individual. Specifically, the two people shared the same physical characteristics, such as their height, weight, and build, and they both appeared to be wearing the same clothing and shoes. A photo from the time of the defendant's arrest is depicted below.



***Figure 6: the defendant at the time of his arrest***

MPD officers also recovered a black ski mask—consistent with the one the defendant used during the pharmacy robbery—and various pharmaceutical bottles from inside of the Jeep.



***Figure 7: black ski-mask found in the Jeep***




***Figure 8: pill bottles found in the Jeep***

Based on the above facts and circumstances the defendant was placed under arrest and transported to the Third District for processing.

Your affiant reviewed the defendant's criminal history, which revealed that on March 14, 2021, the defendant was sentenced to 90 months of imprisonment and 36 months of supervised release for violating Title 18, United States Code, Section 924(c)(1)(A)(ii) (Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to Crime of Violence) (Case No. 19-CR-321-KBJ). Notably, at the time of the instant offense, the defendant was still on supervision and had an ankle monitor affixed to his person.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

Finally, Kalorama Pharmacy was required to close its store during the investigation of this matter. Therefore, the defendant's offense conduct deprived the establishment of cash and potential business and thereby affected interstate commerce.

Based on the facts contained in this affidavit, there is probable cause to believe that the defendant committed the offenses of: (i) Interference with Interstate Commerce by Robbery (18 U.S.C. § 1951(a)); (ii) Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to Crime of Violence (18 U.S.C. § 924(c)(1)(A)(ii)); and (ii) Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year (18 U.S.C. § 922(g)(1)).

Respectfully submitted,

Detective Esteban Alvarez # D2-1727
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Federal Rule of Criminal Procedure 4.1 on August 24, 2026.

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE